UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                    CIVIL NO.  10-13768

v                                 HON. MARK A. GOLDSMITH

FREDERICK L. McDONALD, ET AL,

      Defendants.

_____/

## ORDER TO SHOW CAUSE

IT IS ORDERED that Plaintiff show cause in writing within ten (10) days of this

order why the above entitled case should not be dismissed pursuant to E. D. Mich. L.R. 41.2  for

failure to prosecute.

Dated: February 2, 2011                s/Mark A. Goldsmith_____
     Flint, Michigan                  MARK A. GOLDSMITH
                                 United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record
and any unrepresented parties via the Court's ECF System to their respective email or First Class
U.S. mail addresses disclosed on the Notice of Electronic Filing on February 2, 2011.

                                 s/Deborah J. Goltz_____
                                 DEBORAH J. GOLTZ
                                 Case Manager