UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff(s),

v.                                                Case No. 4:10-cv-13768-MAG-MKM
                                                Hon. Mark A Goldsmith

Frederick L McDonald, et al.,

                Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Frederick L. McDonald J.D., P.C.

   The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                DAVID J. WEAVER, CLERK OF COURT

                                                By: s/ P. Paul
                                                    Deputy Clerk

Dated:  February 14, 2011